WALTER R. GRIFFITH et al., Doing Business as GRIFFITH & GRIFFITH MANUFACTURING CO., Respondents, v. CARLYLE RUBBER COMPANY, INC., Appellant.— No opinion. Concur — Peck, P. J., Breitel, Botein and Rabin, JJ.

MARIA ZOIA et al., Appellants, v. METROPOLITAN OPERA ASSOCIATION, INC., Respondent.— No opinion. Concur — Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ.

BLANCHE SCHREIBER, an Infant, by WALTER SCHREIBER, Her Guardian ad Litem, Appellant, v. EDWIN GOULD FOUNDATION FOR CHILDREN, INC., Respondent.— No opinion. Concur — Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ.

SAUL NEWMARK, Respondent, v. DAVID A. HARRIS, Appellant, et al., Defendants.— No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ.

JOHN ANONYMOUS, Respondent, v. JANE ANONYMOUS, Appellant.— Concur — Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ. [See *Finkelstein* v. *Finkelstein, post,* p. 965.]

JOHN ANONYMOUS, Respondent, v. JANE ANONYMOUS, Appellant.— No opinion. Concur — Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ. [See *Finkelstein* v. *Finkelstein, post,* p. 965.]

JOHN ANONYMOUS, Appellant, v. JANE ANONYMOUS, Respondent.— No opinion. Concur — Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ. [See *Finkelstein* v. *Finkelstein, post,* p. 966.]

DURUM, A. G., Appellant-Respondent, v. PAUL E. HERLITZ, Respondent-Appellant, et al., Defendants.— No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ.